

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

William Trent Whitman,

\* From the 39th District Court
of Stonewal1 County,
Trial Court No. 2005.

Vs. No. 11-23-00215-CR

\* February 21, 2025

The State of Texas,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.